**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| FUTURE LINK SYSTEMS, LLC, | |
| Plaintiff, | Case No.  6:20-cv-01176 |
| v. | **JURY TRIAL DEMANDED** |
| ADVANCED MICRO DEVICES, INC., | |
| Defendant. | |

**COMPLAINT FOR PATENT INFRINGEMENT**
**AGAINST ADVANCED MICRO DEVICES, INC.**

This is an action for patent infringement arising under the Patent Laws of the United States of America, 35 U.S.C. §1 *et seq.*, in which Plaintiff Future Link Systems, LLC ("Plaintiff" or "Future Link") makes the following allegations against Defendant Advanced Micro Devices, Inc. ("Defendant" or "AMD"):

## INTRODUCTION

1.      This complaint arises from AMD's unlawful infringement of the following United States patents owned by Future Link, each of which generally relate to improvements in electronic circuitry in computing devices and processors: United States Patent Nos. 7,983,888 ("'888 Patent"); 6,622,108 ("'108 Patent"); and 6,363,466 ("'466 Patent") (collectively, the "Asserted Patents").

## PARTIES

2.      Plaintiff Future Link Systems, LLC is a Delaware limited liability company organized and existing under the law of the State of Delaware, with its principal place of business at 3945 Freedom Circle, Suite 900, Santa Clara, California 95054. Future Link is the sole owner

by assignment of all right, title, and interest in each Asserted Patent.

3.     On information and belief, Defendant AMD is a Delaware corporation with a principal place of business at 2485 Augustine Drive, Santa Clara, California 95054.

## JURISDICTION AND VENUE

4.     This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.     This Court has personal jurisdiction over AMD in this action because AMD has committed acts within this District giving rise to this action, and has established minimum contacts with this forum such that the exercise of jurisdiction over AMD would not offend traditional notions of fair play and substantial justice. AMD, directly and through subsidiaries or intermediaries, has committed and continues to commit acts of infringement in this District by, among other things, importing, offering to sell, and selling products that infringe the asserted patents.

6.     Venue is proper in this District under 28 U.S.C. §1400(b). Upon information and belief, AMD has transacted business in this District and has committed acts of direct and indirect infringement in this District by, among other things, making, using, importing, offering to sell, and selling products that infringe the asserted patents. AMD has regular and established places of businesses in this District, including offices at 7171 Southwest Parkway, Austin, Texas 78735.

## COUNT I

## INFRINGEMENT OF U.S. PATENT NO. 7,983,888

7.     Future Link realleges and incorporates by reference the foregoing paragraphs as if fully set forth herein.

8.      Future Link owns by assignment all rights, title, and interest in U.S. Patent No. 7,983,888, titled "Simulation Circuit of PCI Express Endpoint and Downstream Port For A PCI Express Switch." The '888 Patent was duly and legally issued by the United States Patent and Trademark Office on July 19, 2011. A true and correct copy of the '888 Patent is attached as Exhibit 1.

9.      On information and belief, AMD makes, uses, offers for sale, sells, and/or imports certain products ("Accused Products"), including AMD Family 16h Models 30h-3Fh Processors all other AMD devices containing a Root Complex Integrated Endpoint with AMD Internal Bus Architecture, that directly infringe, literally and/or under the doctrine of equivalents, claims 1–20 of the '888 Patent.

10.     AMD also knowingly and intentionally induces infringement of claims 1–20 of the '888 Patent in violation of 35 U.S.C. § 271(b). Since no later than November 14, 2017, AMD has had knowledge of the '888 Patent and the infringing nature of the Accused Products. Despite this knowledge of the '888 Patent, AMD continues to actively encourage and instruct its customers and end users (for example, through user manuals and online instruction materials on its website) to use the Accused Products in ways that directly infringe the '888 Patent. AMD does so knowing and intending that its customers and end users will commit these infringing acts. AMD also continues to make, use, offer for sale, sell, and/or import the Accused Products, despite its knowledge of the '888 Patent, thereby specifically intending for and inducing its customers to infringe the '888 Patent through the customers' normal and customary use of the Accused Products.

11.     The Accused Products satisfy all claim limitations of claims 1–20 of the '888 Patent. A claim chart comparing independent claim 1 of the '888 Patent to a representative

Accused Product, AMD Family 16h Models 30h-3Fh Processors, is attached as Exhibit 2.

12.     By making, using, offering for sale, selling and/or importing into the United States the Accused Products, AMD has injured Future Link and is liable for infringement of the '888 Patent pursuant to 35 U.S.C. § 271.

13.     As a result of AMD's infringement of the '888 Patent, Future Link is entitled to monetary damages in an amount adequate to compensate for AMD's infringement, but in no event less than a reasonable royalty for the use made of the invention by AMD, together with interest and costs as fixed by the Court.

14.     AMD's infringing activities have injured and will continue to injure Future Link, unless and until this Court enters an injunction prohibiting further infringement of the '888 Patent, and, specifically, enjoining further manufacture, use, sale, importation, and/or offers for sale that come within the scope of the patent claims.

## COUNT II

## INFRINGEMENT OF U.S. PATENT NO. 6,622,108

15.     Future Link realleges and incorporates by reference the foregoing paragraphs as if fully set forth herein.

16.     Future Link owns by assignment all rights, title, and interest in U.S. Patent No. 6,622,108, titled "Circuit With Interconnect Test Unit And A Method Of Testing Interconnects Between A First And A Second Electronic Circuit." The '108 Patent was duly and legally issued by the United States Patent and Trademark Office on September 16, 2003. A true and correct copy of the '108 Patent is attached as Exhibit 3.

17.     On information and belief, AMD makes, uses, offers for sale, sells, and/or imports certain products ("Accused Products"), including the AMD Radeon HD 5770 Video Card and

other AMD graphics cards with GDDR5 SGRAM memory, that directly infringe, literally and/or under the doctrine of equivalents, claims 1–13 of the '108 Patent.

18.     AMD also knowingly and intentionally induces infringement of claims 1–13 of the '108 Patent in violation of 35 U.S.C. § 271(b). Since no later than April 17, 2013, AMD has had knowledge of the '108 Patent and the infringing nature of the Accused Products. Despite this knowledge of the '108 Patent, AMD continues to actively encourage and instruct its customers and end users (for example, through user manuals and online instruction materials on its website) to use the Accused Products in ways that directly infringe the '108 Patent. AMD does so knowing and intending that its customers and end users will commit these infringing acts. AMD also continues to make, use, offer for sale, sell, and/or import the Accused Products, despite its knowledge of the '108 Patent, thereby specifically intending for and inducing its customers to infringe the '108 Patent through the customers' normal and customary use of the Accused Products.

19.     The Accused Products satisfy all claim limitations of claims 1–13 of the '108 Patent. A claim chart comparing independent claim 11 of the '108 Patent to a representative Accused Product, the AMD Radeon HD 5770 Video Card, is attached as Exhibit 4.

20.     By making, using, offering for sale, selling and/or importing into the United States the Accused Products, AMD has injured Future Link and is liable for infringement of the '108 Patent pursuant to 35 U.S.C. § 271.

21.     As a result of AMD's infringement of the '108 Patent, Future Link is entitled to monetary damages in an amount adequate to compensate for AMD's infringement, but in no event less than a reasonable royalty for the use made of the invention by AMD, together with interest and costs as fixed by the Court.

22.     AMD's infringing activities have injured and will continue to injure Future Link, unless and until this Court enters an injunction prohibiting further infringement of the '108 Patent, and, specifically, enjoining further manufacture, use, sale, importation, and/or offers for sale that come within the scope of the patent claims.

## COUNT III

## INFRINGEMENT OF U.S. PATENT NO. 6,363,466

23.     Future Link realleges and incorporates by reference the foregoing paragraphs as if fully set forth herein.

24.     Future Link owns by assignment all rights, title, and interest in U.S. Patent No. 6,363,466, titled "Interface And Process For Handling Out-Of-Order Data Transactions And Synchronizing Events In A Split-Bus System." The '466 Patent was duly and legally issued by the United States Patent and Trademark Office on March 26, 2002. A true and correct copy of the '466 Patent is attached as Exhibit 5.

25.     On information and belief, AMD makes, uses, offers for sale, sells, and/or imports certain products ("Accused Products"), including AMD APUs with Type 15h, 16h, and 17h CPUs such as the 6th Generation AMD A-Series Processor "Carrizo," that directly infringe, literally and/or under the doctrine of equivalents, claims 1–23 of the '466 Patent.

26.     AMD also knowingly and intentionally induces infringement of claims 1–23 of the '466 Patent in violation of 35 U.S.C. § 271(b). Since no later than November 6, 2018, AMD has had knowledge of the '466 Patent and the infringing nature of the Accused Products. Despite this knowledge of the '466 Patent, AMD continues to actively encourage and instruct its customers and end users (for example, through user manuals and online instruction materials on its website) to use the Accused Products in ways that directly infringe the '466 Patent. AMD does so knowing

and intending that its customers and end users will commit these infringing acts. AMD also continues to make, use, offer for sale, sell, and/or import the Accused Products, despite its knowledge of the '466 Patent, thereby specifically intending for and inducing its customers to infringe the '466 Patent through the customers' normal and customary use of the Accused Products.

27.     The Accused Products satisfy all claim limitations of claims 1–23 of the '466 Patent. A claim chart comparing independent claim 8 of the '466 Patent to a representative Accused Product, AMD APUs with Type 15h, 16h, and 17h CPUs, is attached as Exhibit 6.

28.     By making, using, offering for sale, selling and/or importing into the United States the Accused Products, AMD has injured Future Link and is liable for infringement of the '466 Patent pursuant to 35 U.S.C. § 271.

29.     As a result of AMD's infringement of the '466 Patent, Future Link is entitled to monetary damages in an amount adequate to compensate for AMD's infringement, but in no event less than a reasonable royalty for the use made of the invention by AMD, together with interest and costs as fixed by the Court.

30.     AMD's infringing activities have injured and will continue to injure Future Link, unless and until this Court enters an injunction prohibiting further infringement of the '466 Patent, and, specifically, enjoining further manufacture, use, sale, importation, and/or offers for sale that come within the scope of the patent claims.

## **PRAYER FOR RELIEF**

WHEREFORE, Future Link respectfully requests that this Court enter:

a.     A judgment in favor of Future Link that AMD has infringed, either literally and/or under the doctrine of equivalents, the '888 Patent, the '108 Patent, and the '466 Patent;

b.      A permanent injunction prohibiting AMD from further acts of infringement of the '888 Patent, the '108 Patent, and the '466 Patent;

c.      A judgment and order requiring AMD to pay Future Link its damages, costs, expenses, and pre-judgment and post-judgment interest for AMD's infringement of the '888 Patent, the '108 Patent, and the '466 Patent;

d.      A judgment and order requiring AMD to provide an accounting and to pay supplemental damages to Future Link, including without limitation, pre-judgment and post-judgment interest;

e.      A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Future Link its reasonable attorneys' fees against AMD; and

f.      Any and all other relief as the Court may deem appropriate and just under the circumstances.

## <u>DEMAND FOR JURY TRIAL</u>

Future Link, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Dated: December 21, 2020                    Respectfully submitted,

*/s/ Reza Mirzaie*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Brian D. Ledahl (CA SBN 186579)
bledahl@raklaw.com
Kent N. Shum (CA SBN 259189)
kshum@raklaw.com
Christian W. Conkle (CA SBN 306374)

cconkle@raklaw.com
Minna Y. Chan (CA SBN 305941)
mchan@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

**_Attorneys for Plaintiff Future Link Systems, LLC_**